UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ALFREDO SALGADO-PAREIRA                    CASE NO.  3:25-CV-02008 SEC P

VERSUS                                     JUDGE TERRY A. DOUGHTY

PAM BONDI ET AL                            MAG. JUDGE KAYLA D. MCCLUSKY

JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 12], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Alfredo Salgado-Pareira's Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED and DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 12th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1